Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 93 CR 20024 - 2 | **DATE** | 5/20/2002 |
| **CASE TITLE** | U.S.A. vs. HELEN FORT | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, defendant's motion for reduction in sentence is denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| X | Notices mailed by judge's staff. | MAY 22 2002 | 1937 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 5-20-02 |
| | | | date mailed notice |
| /SEC | courtroom deputy's initials | Date/time received in central Clerk's Office | OW mailing deputy initials |

# ORDER

Helen Fort, a federal prisoner, has filed a motion pursuant to 18 U.S.C. § 3582(c)(2) for a reduction of her sentences. She was convicted and sentenced on October 13, 1994 for the offenses of conspiracy to possess with intent to distribute cocaine and cocaine base and distribution of cocaine base, 21 U.S.C. §§ 841(a)(1), 846. The 1993 edition of the Guideline Manual was used in calculation of Fort's guideline range. The base offense level calculated at that time was a level 32 based upon Fort being accountable for 5 kilograms of cocaine and 41 grams of cocaine base. The change in Amendment 505 effective November 1, 1994 to the Drug Quantity Table to U.S.S.G. § 2D1.1 and made retroactive by its inclusion in U.S.S.G. § 1B1.10(c) (Nov. 1, 1995) did not alter the base offense level for the quantity for which Fort was found accountable. Accordingly, there has not been a lowering of Fort's guideline range and the motion for reduction in sentence is denied.