# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 93 CR 20024 - 2 | **DATE** | 12/29/2003 |
| **CASE TITLE** | U.S.A. vs. HELEN FORT | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   For the reasons stated on the reverse Memorandum Opinion and Order, the 60(b) motion is dismissed as this court is without jurisdiction to consider it.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JAN 05 2004 date docketed | 1973 |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 12-30-04 date mailed notice | |
| /SEC | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

(Reserved for use by the Court)

# MEMORANDUM OPINION AND ORDER

Helen Fort has filed a motion for relief from judgment pursuant to Fed.R.Civ.P. 60(b). She is a prisoner in federal custody convicted of violations of 21 U.S.C. §§ 841(a)(1), 846. Her convictions and sentences were affirmed in United States v. Evans, 92 F.3d 540 (7th Cir. 1996). A subsequent motion under 28 U.S.C. § 2255 was denied on June 19, 1997 and a request for a certificate of appealability was also denied by the Court of Appeals on December 14, 1998. The present motion under Rule 60(b) essentially raises various sentencing issues, is a second collateral attack on her conviction, and conflicts with §§ 2244(b), 2255 ¶ 8. See Dunlap v. Litscher, 301 F.3d 873 (7th Cir. 2002). The 60(b) motion is dismissed as this court is without jurisdiction to consider it.